# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Roberts, Mark A. | U.S. District Court Northern District of Iowa | 04/29/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge | ☐ Nomination   Date <br> ☑ Initial   ☐ Annual   ☐ Final <br> 5b. ☑ Amended Report | 01/01/2017 to 04/25/2019 |

**7. Chambers or Office Address**

111 7th Avenue SE
Cedar Rapids, IA 52401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner (through Sept. 14, 2018) | Simmons Perrine Moyer Bergman PLC |
| 2. | Board member (through April 26, 2018) | Simmons Perrine Moyer Bergman PLC |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2017-2019 | Simmons Perrine Moyer Bergman, former employer. Returned partnership capital contribution 03/19. Earned but unpaid final payment for 2018 income due 06/19. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Mark A. | 04/29/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018-2019 | Self-employed, Researcher |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Mark A. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Simmons Perrine Moyer Bergman PLC Partnership | G | Distribution | O | W | Exempt | | | | |
| 2. MR Investment Account (H) | | | | | | | | | |
| 3. - DFA GLBL REAL ESTATE | B | Dividend | K | T | Exempt | | | | |
| 4. - DFA INVESTMENT GRADE | C | Dividend | N | T | Exempt | | | | |
| 5. - DFA US CORE EQTY 2 | C | Dividend | N | T | Exempt | | | | |
| 6. - DFA INTL CORE EQTY | B | Dividend | M | T | Exempt | | | | |
| 7. - DFA EMERGING MKTS CORE EQTY | A | Dividend | L | T | Exempt | | | | |
| 8. - OppenheimerFunds Main Street Fund Class A | A | Dividend | K | T | Exempt | | | | |
| 9. - Steele Capital Management Strategic Roadmap Balanced | A | Dividend | O | T | Exempt | | | | |
| 10. DR Investment Account (H) | | | | | | | | | |
| 11. - SPDR S&P 600 SMALL CAP VALUE | A | Dividend | J | T | Exempt | | | | |
| 12. - SCHWAB US AGGREGATE BOND | A | Dividend | K | T | Exempt | | | | |
| 13. - SCHWAB US LARGE CAP | A | Dividend | K | T | Exempt | | | | |
| 14. - SCHWAB SHORT TERM US TREASURY | A | Dividend | K | T | Exempt | | | | |
| 15. - SCHWAB EMERGING MARKETS EQUITY | A | Dividend | J | T | Exempt | | | | |
| 16. - SCHWAB US LARGE CAP VALUE | A | Dividend | K | T | Exempt | | | | |
| 17. - SCHWAB INTERNATIONAL EQUITY | A | Dividend | K | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - SCHWAB INTERNATNAL SMALLCAP EQY | A | Distribution | J | T | Exempt | | | | |
| 19. - SCHWAB US SMALL CAP | A | Dividend | J | T | Exempt | | | | |
| 20. - PNC Bank ESA CD | A | Interest | J | T | Exempt | | | | |
| 21. - State Farm S&P 500 Large Cap | B | Dividend | L | T | Exempt | | | | |
| 22. - OppenheimerFunds Global Fund Class A | B | Dividend | K | T | Exempt | | | | |
| 23. - OppenheimerFunds Main Street Fund Class A | A | Dividend | K | T | Exempt | | | | |
| 24. - Iowa Public Employees' Retirement System Fund | A | Dividend | J | T | Exempt | | | | |
| 25. U.S. Bank Cash Accounts | A | Interest | M | T | Exempt | | | | |
| 26. Wells Fargo Cash Account | A | Interest | J | T | Exempt | | | | |
| 27. Coverdell 529 Plan - Aggressive Growth Portfolio (H) | | | | | | | | | |
| 28. - Vanguard Institutional Total Stock Market Index Fund 60% | A | Dividend | J | T | Exempt | | | | |
| 29. - Vanguard Total International Stock Index Fund 40% | A | Dividend | J | T | Exempt | | | | |
| 30. Country Financial Whole Life 1 | A | Dividend | J | T | Exempt | | | | |
| 31. Country Financial Whole Life 2 | A | Dividend | J | T | Exempt | | | | |
| 32. Country Life Whole Life 3 | A | Dividend | J | T | Exempt | | | | |
| 33. Northwestern Mutual Whole Life 1 | A | Dividend | J | T | Exempt | | | | |
| 34. Northwestern Mutual Whole Life 2 | A | Dividend | J | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Mark A. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Northwestern Mutual Whole Life 3 | A | Dividend | J | T | Exempt | | | | |
| 36. Northwestern Mutual Whole Life 4 | A | Dividend | J | T | Exempt | | | | |
| 37. Voya Whole Life 1 | A | Dividend | J | T | Exempt | | | | |
| 38. Voya Whole Life 2 | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Mark A. | 04/29/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following amendments have been made to Part VII Investments and Trusts:

1) Added rows 8 and 9 (pre-rollover accounts) to "MR Investment Account (H)" section.

2) Added rows 20-24 (pre-rollover accounts and one additional account) to "DR Investment Account (H)" section.

3) Edited row 38 (row 31 on the Initial report). Changed Description of Asset from "Voya Whole Life 1" to "Voya Whole Life 2". Simply changed the ending character from 1 to 2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark A. Roberts**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544